KSC/09.09.20

CJR: USAO#2019R00435

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO.** RDB-20-0295 |
| : | **(Possession With Intent To Distribute** |
| **v.** : | **Cocaine, 21 U.S.C § 841)** |
| : | |
| **DAVID MILLS,** : | |
| : | |
| **Defendant** : | |
| : | |

....o0o....

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about May 30, 2019, in the District of Maryland and elsewhere,

**DAVID MILLS,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(A)

9-9-20
Date

*Robert K. Hur cjr*
Robert K. Hur
United States Attorney